**SEALED BY ORDER OF THE COURT**

Brian J Stretch
United States Attorney
450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Tin Q Vuong <br> Defendant. | CRIMINAL NO. 16-70730 MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on 6/14/16, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☑ Indictment   ☐ Information   ☐ Criminal Complaint   ☐ Other _____

pending in the Northern District of Alabama, Case Number 7:16 cr 160. R DD

In that case, the defendant is charged with a violation(s) of Title(s) 18 United States Code, Section(s) 1956

Description of Charges: _____.

Respectfully Submitted,
Brian J Stretch
UNITED STATES ATTORNEY

Date: 6/14/16

Assistant U.S. Attorney

JWV/DHE: June 2016
GJ#18

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. |
| | ) | |
| TIN Q. VUONG | ) | |

## INDICTMENT

**COUNTS ONE through FIVE [18 U.S.C. §§ 1956 (a)(1)(B)(i) & 2]**

The Grand Jury charges that:

On or about the dates set forth below for each Count, in Tuscaloosa County, within the Northern District of Alabama and elsewhere the defendant,

**TIN Q. VUONG,**

aided and abetted by persons known and unknown to the Grand Jury, did knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, to wit, receiving deposits of funds from the Northern District of Alabama into an associates' Wells Fargo personal bank account ending in 9916 for the defendant's benefit and paying his associate to withdraw those same funds for the benefit of the defendant, which transactions involved the proceeds of a specified unlawful activity, that is, the unlawful distribution of a controlled substance,

1

knowing that the transactions were designed in whole and in part to conceal and disguise the nature, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity as further described below for each Count.

| Count | Date/Place | Withdrawal from Wells Fargo ACCT# ending 9916 |
|---|---|---|
| 1 | April 24, 2013/ San Jose, California | $7200.00 |
| 2 | May 11, 2013/ San Jose, California | $4600.00 |
| 3 | July 17, 2013/ San Jose, California | $4700.00 |
| 4 | September 25, 2013/ Milpitas, California | $4650.00 |
| 5 | November 13, 2013/ San Jose, California | $2350.00 |

Each in violation of Title 18, United States Code, Section(s) 18 U.S.C. §§ 1956 (a)(1)(B)(i) & 2.

A TRUE BILL

/s/ Electronic Signature
Foreperson of the Grand Jury

TRUE COPY:
By: _____

JOYCE WHITE VANCE
United States Attorney

/s/ Electronic Signature
DAVID H. ESTES
Assistant United States Attorney

2

FILED
2016 MAY 25 A 11: 3

DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

WESTERN DIVISION

| | |
|---|---|
| UNITIED STATES OF AMERICA ) | |
| ) | 7:16-CR-160-RDP-SGC |
| v. ) | |
| ) | |
| TIN Q. VUONG ) | |

## MOTION TO SEAL INDICTMENT

COMES NOW the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and David H. Estes, Assistant United States Attorney, and moves the Court to Seal the Indictment returned by the grand jury in the above-styled case for the reasons stated herein:

(1) The undersigned has requested that a warrant be issued for the arrest of the above named defendant.

(2) To ensure "officer safety" it is requested that this indictment remain "under seal" until such time as the arrest has been made of the named defendant.

(3) In order to secure the arrest of the named defendant, it is the specific request of the Government, that this Court authorize the United States Marshal Service to provide to the investigating agency sufficient documentation

/Granted. May 25, 2016
Staci G. Cornelius

TRUE COPY:
By: _____

to secure the arrest of the named defendant listed above.

WHEREFORE, the Government moves this Court to:

(1) Seal the Indictment returned against the named defendant, and

(2) Authorize the United States Marshal Service to provide forthwith such documentation necessary to the investigating agency to affect and secure the arrest of the defendant listed herein.

(3) Authorize the investigating agency that obtained the arrest warrant to enter the arrest warrant into NCIC if they choose, or if the investigating agency delegates apprehension authority to the United States Marshals Service, for the United States Marshals Service to be allowed to enter the arrest warrant into NCIC for purposes of apprehension of the defendant listed herein.

Respectfully submitted this the 24th day of May, 2016.

JOYCE WHITE VANCE
United States Attorney

DAVID H. ESTES
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

USMS WARRANTS
1601-0526-1696-J
FID# 10087495
GGG

UNITED STATES OF AMERICA  }
                          }
                       v. }          Case No. 7:16-CR-160-RDP-SGC
                          }
Tin Q. Vuong              }
            Defendant(s)  }

*SEALED*
WARRANT FOR ARREST

'16 MAY 26 P12:55

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Tin Q. Vuong, 144 McCreery Avenue, San Jose, CA 95116** and bring him or her forthwith to the nearest magistrate judge to answer a(n) **Indictment** charging him or her with:

SEE ATTACHED

SHARON N. HARRIS
Name of Issuing Officer

[signature] By Deputy Clerk
Signature of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

May 26, 2016 - Birmingham, Alabama
Date and Location

Bail fixed at $_____ by _____
                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  San Jose, CA |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05/26/2016 | Federico Gomez, Special Agent | [signature] |
| DATE OF ARREST |  |  |
| 06/14/2016 |  |  |